[No. 649-1.   Division Three.   September 20, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53594, Ward Roney, J., entered June 22, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 542-1.   Division Three.   September 27, 1971.]

DORIS BERKS MIRACLE, *Appellant*, v. HUGH MIRACLE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91726, Edward M. Nollmeyer, J., entered December 8, 1971. *Reversed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 891-1.   Division Three.   September 27, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST CATHER RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54137, Edward E. Henry, J., entered November 10, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 356-2.   Division Two.   September 29, 1971.]

ROY J. MITCHELL et al., *Respondents*, v. ROBERT H. CROMER et al., *Defendants*, ALBERT L. BLANKENSHIP et al., *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 9832, Hewitt A. Henry, J., entered June 22, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.